UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | Case No.  2:23-cv-00062-JDP (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| WINKLER, *et al.*, | ECF No. 2 |
| Defendants. | |

Plaintiff filed an application to proceed *in forma pauperis*, ECF No. 2. While it was still pending, he paid the filing fee.

Accordingly, it is ORDERED that plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED as moot.

IT IS SO ORDERED.

Dated:    April 23, 2023    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1