IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELINO CLEMENTE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**WINKLER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:23-cv-00062 JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF ADR**<br><br>Judge:　　　　The Hon. Jeremy D. Peterson<br>Trial Date:　　Not Set<br>Action Filed:　January 1, 2023 |

   Good cause appearing, IT IS HEREBY ORDERED that:

   Defendants' request to opt-out of this Court's Post-Screening Early Alternative Dispute Resolution is GRANTED.  This action is released from the Court's Post-Screening Alternative Dispute Resolution Program.  The Court will separately issue an order lifting the stay, designating a new deadline for Defendant's responsive pleading, and providing a new briefing schedule.

IT IS SO ORDERED.

Dated:   August 20, 2023            _____
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE