1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

MARCELINO CLEMENTE,

Case No. 2:23-cv-00062-DJC-JDP (PC)

12

Plaintiff,

**ORDER**

13

v.

GRANTING DEFENDANTS' MOTION FOR
A SETTLEMENT CONFERENCE AND
SETTING A SETTLEMENT CONFERENCE

14

WINKLER, *et al.*,

15

Defendants.

ECF No. 22

16

17

Plaintiff is a state prisoner, proceeding without counsel.  The Court has determined that

18

this case will benefit from a settlement conference.  Therefore, this case will be referred to

19

Magistrate Judge Stanley A. Boone to conduct a **<u>video settlement conference, via the Zoom</u>**

20

**<u>videoconferencing application</u>**, on March 28, 2024, at 9:00 a.m.  The court will issue any

21

necessary transportation order in due course.

22

Counsel for Defendants shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or

23

jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary

24

passcodes, for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's

25

participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed

26

and providing the necessary Zoom contact information.

27

The Court expects that the parties will proceed with the settlement conference in good

28

1

1  faith and attempt to resolve all or part of the case.  If any party believes that the settlement

2  conference will not be productive, that party shall so inform the court as far in advance of the

3  settlement conference as possible.

4      The parties shall each submit to Judge Boone a confidential settlement conference

5  statement, as described below, to arrive at least seven days (one week) prior to the conference.

6      The Court puts the parties on notice that if Plaintiff has any outstanding criminal

7  restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared

8  towards what the restitution obligation is, but what the value of the case itself is to each side,

9  irrespective of any outstanding restitution obligation.

10      In accordance with the above, IT IS HEREBY ORDERED that:

11     1.  Defendants' motion for a settlement conference, ECF No. 22, is granted.

12     2.  This case is stayed until thirty days following the settlement conference.

13     3.  The case is set for a **video** settlement conference, **via the Zoom videoconferencing**

14        **application**, before Magistrate Judge Stanley A. Boone on **March 28, 2024, at 9:00**

15        **a.m.**

16     4.  A representative with full and unlimited authority to negotiate and enter into a binding

17        settlement shall attend **via the Zoom videoconferencing application**.

18     5.  Those in attendance must be prepared to discuss the claims, defenses and damages.

19        The failure or refusal of any counsel, party or authorized person subject to this order to

20        appear in person may result in the cancellation of the conference and the imposition of

21        sanctions.  The manner and timing of Plaintiff's transportation to and from the

22        conference is within the discretion of CDCR.

23     6.  Defendants shall provide a confidential settlement statement to the following email

24        address: **saborders@caed.uscourts.gov**.  Plaintiff shall mail his confidential

25        settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California

26        93721, **"Attention: Magistrate Judge Stanley A. Boone."**  The envelope shall be

27        marked "Confidential Settlement Statement."  Settlement statements shall arrive no

28

later than **March 21, 2024**.  Parties shall also file a <u>Notice of Submission of</u>

<u>Confidential Settlement Statement</u> (*See* Local Rule 270(d)).  Settlement statements

**should not be filed** with the Clerk of Court **nor served on any other party**.

Settlement statements shall be clearly marked "Confidential" with the date and time of

the settlement conference indicated prominently thereon.

7.  The confidential settlement statement shall be **no longer than five pages** in length,

typed or neatly printed, and include the following:

a.  A brief statement of the facts of the case.

b.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon

which the claims are founded; a forthright evaluation of the parties' likelihood of

prevailing on the claims and defenses; and a description of the major issues in

dispute.

c.  An estimate of the cost and time to be expended for further discovery, pretrial, and

trial.

d.  The party's position on settlement, including present demands and offers and a

history of past settlement discussions, offers, and demands.

e.  A brief statement of each party's expectations and goals for the settlement

conference, including how much a party is willing to accept and/or willing to pay.

f.  <u>If parties intend to discuss the joint settlement of any other actions or claims not in</u>

<u>this suit, give a brief description of each action or claim as set forth above,</u>

<u>including case number(s) if applicable.</u>

8.  If a settlement is reached at any point during this action, the parties shall file a Notice

of Settlement in accordance with Local Rule 160.

9.  **<u>Defense counsel shall contact the Litigation Coordinator at the institution where</u>**

**<u>Plaintiff is housed to determine whether the institution can accommodate a Zoom</u>**

**<u>video appearance by Plaintiff at this date and time.</u>**

10. The parties remain obligated to keep the Court informed of their current address at all

3

1   times while the action is pending.  Any change of address must be reported promptly

2   to the Court in a separate document captioned for this case and entitled "Notice of

3   Change of Address."  *See* Local Rule 182(f).

4   11. **A failure to follow these procedures may result in the imposition of sanctions by**

5   **the court.**

6   12. Judge Boone or another representative from the court will be contacting the parties

7   either by telephone or in person, approximately two weeks prior to the settlement

8   conference, to ascertain each party's expectations of the settlement conference.

9   13. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation

10   Office at Mule Creek State Prison at (209) 274-5018 or via email.

IT IS SO ORDERED.

Dated:    January 16, 2024    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4